JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00537 SBA |
| )  Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| PEDRO GUZMAN-MORENO, )  aka Pedro Moreno-Guzman, and ) RAFAEL MORENO-LOPEZ, )  aka Rafael Lopez-Moreno, ) | |
| Defendants. ) | |

     Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

     1.     A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, October 21, 2008.

     2.     The parties request that this hearing be continued until 9 a.m. on Tuesday, November 18, 2008, in order to provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendants should enter a change of plea or

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

file motions and to prepare for trial in this matter.

3. Specifically, defendants' counsel needs the continuance in order to review recently produced discovery related to the execution of a search warrant and the recovery of evidence, as well as the recently produced laboratory results regarding all drug evidence seized in this case, and to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery. The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from October 21, 2008, to November 18, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 14, 2008          /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: October 14, 2008          /s/
GABRIEL CASTILLO

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME          2

                                  Attorney for Defendant
                                  Pedro Guzman-Moreno

Dated: October 14, 2008              /s/
                                  SETH CHAZIN, ESQ.

                                  Attorney for Defendant
                                  Rafael Moreno-Lopez

**ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled October 21, 2008, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on November 18, 2008.

2. The time period from October 21, 2008, to November 18, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: 10/16/08                              _/s/ Saundra B Armstrong_
                                              HONORABLE SAUNDRA BROWN ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE