JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 08-00537 SBA |
|                   ) | |
|      Plaintiff,       ) | STIPULATION AND ORDER |
|                   ) | CONTINUING STATUS CONFERENCE |
|   v.            ) | AND EXCLUDING TIME |
|                   ) | |
| PEDRO GUZMAN-MORENO,   ) | |
|   aka Pedro Moreno-Guzman, and   ) | |
| RAFAEL MORENO-LOPEZ,   ) | |
|   aka Rafael Lopez-Moreno,   ) | |
|                   ) | |
|      Defendants.     ) | |

       Plaintiff, by and through its attorney of record, and defendants, by and through their

attorneys of record, hereby stipulate and ask the Court to find as follows:

       1.      A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

November 18, 2008.

       2.      The parties request that this hearing be continued until 9 a.m. on Tuesday,

December 16, 2008, in order to provide defendants' counsel with additional time to evaluate the

evidence in this case and determine whether or not defendants should enter a change of plea or

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1    file motions and to prepare for trial in this matter.

2        3.    Specifically, defendants' counsel needs the continuance in order to review

3    discovery related to the execution of a search warrant and the recovery of evidence, as well as

4    the laboratory results regarding all drug evidence seized in this case, and to schedule and

5    conduct a meeting with the government to physically examine evidence seized, to review and

6    analyze the discovery materials produced, investigate the case, and develop a motions and/or

7    trial strategy in light of that discovery.  The government also anticipates producing additional

8    transcripts of translated recorded Spanish language conversations.  The parties believe that

9    failure to grant the above-requested continuance would deny defendants' counsel and defendants

10   the reasonable time necessary for effective preparation taking into account the exercise of due

11   diligence and that the ends of justice served by continuing the case as requested outweigh the

12   interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

13       4.    Thus, the parties respectfully request that the Court find that the time period from

14   November 18, 2008, to December 16, 2008, is excludable pursuant to 18 U.S.C.

15   §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the

16   defendants' request and on the basis of the Court's finding that the ends of justice served by

17   taking such action outweigh the best interest of the public and the defendants in a speedy trial

18   and because failure to grant the continuance would unreasonably deny defense counsel the time

19   necessary for effective preparation for trial, taking into account due diligence.

20       IT IS SO STIPULATED.

21                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
22

23   Dated: November 12, 2008              _____/s/_____
24                                              GARTH HIRE
                                                Assistant United States Attorney
25
                                                Attorney for United States of America
26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME          2

Dated: November 12, 2008

_____/s/_____
GABRIEL CASTILLO

Attorney for Defendant
Pedro Guzman-Moreno


Dated: November 12, 2008

_____/s/_____
SETH CHAZIN, ESQ.

Attorney for Defendant
Rafael Moreno-Lopez


## ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1.      The currently scheduled November 18, 2008, status conference hearing is vacated.  A status conference hearing is now scheduled for 9:00 a.m. on December 16, 2008.

2.      The time period from November 18, 2008, to December 16, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.  The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: 11/13/08

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE