1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 08-00694 SBA
                                    )
14     Plaintiff,                   )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS CONFERENCE
15  v.                              )   AND EXCLUDING TIME
                                    )
16 GABRIEL MAGANA VALDEZ,           )
                                    )
17     Defendant.                   )
                                    )
18

19
       Plaintiff, by and through its attorney of record, and defendant, by and through his
20
   attorney of record, hereby stipulate and ask the Court to find as follows:
21
       1.   A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,
22
   January 20, 2009.
23
       2.   The parties request that this hearing be continued until 9 a.m. on Tuesday,
24
   March 3, 2009, in order to provide defendant's counsel with additional time to evaluate the
25
   evidence in this case and determine whether or not defendant should enter a change of plea or
26
   file motions and to prepare for trial in this matter.
27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3.  Specifically, defendant's counsel needs the continuance in order to review discovery soon to be produced regarding defendant's immigration status and prior felony narcotics conviction, as well as soon to be produced laboratory results regarding the drugs seized in this case, and to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery.  The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.  Thus, the parties respectfully request that the Court find that the time period from January 20, 2009, to March 3, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 16, 2009          /s/
                                 GARTH HIRE
                                 Assistant United States Attorney

                                 Attorney for United States of America

Dated: January 16, 2009          /s/
                                 NICHOLAS REYES

                                 Attorney for Defendant
                                 Gabriel Magana Valdez

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME          2

**ORDER**

Based on the parties' representations above:

1. The currently scheduled January 20, 2009, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on March 3, 2009.

2. The time period from January 20, 2009, to March 3, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 1/16/09                    _____
                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                   UNITED STATES DISTRICT JUDGE