JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00537 SBA |
|       Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
|   v. ) | AND EXCLUDING TIME |
| ) | |
| PEDRO GUZMAN-MORENO, ) | |
|   aka Pedro Moreno-Guzman, and ) | |
| RAFAEL MORENO-LOPEZ, ) | |
|   aka Rafael Lopez-Moreno, ) | |
| ) | |
|       Defendants. ) | |

      Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

      1.     A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, January 20, 2009.

      2.     The parties request that this hearing be continued until 9 a.m. on Tuesday, February 10, 2009, in order to provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendants should enter a change of plea or

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1    file motions and to prepare for trial in this matter.

2           3.      Specifically, defendants' counsel needs the continuance in order to review discovery related to the execution of a search warrant and the recovery of evidence, as well as the laboratory results regarding all drug evidence seized in this case, and to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery.  The government also anticipates producing additional transcripts of translated recorded Spanish language conversations.  The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

           4.      Thus, the parties respectfully request that the Court find that the time period from January 20, 2009, to February 10, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

    IT IS SO STIPULATED.

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

Dated: January 15, 2009                                      /s/
                                                            GARTH HIRE
                                                            Assistant United States Attorney

                                                            Attorney for United States of America

1  Dated: January 15, 2009                     /s/
                                               GABRIEL CASTILLO

   Attorney for Defendant
   Pedro Guzman-Moreno


5  Dated: January 15, 2009                     /s/
                                               SETH CHAZIN, ESQ.

   Attorney for Defendant
   Rafael Moreno-Lopez


## ORDER

For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(iv),

**IT IS HEREBY ORDERED** that the matter currently scheduled for January 20, 2009, is continued to February 10, 2009, 9:00 a.m. and that the time between January 20, 2009 and February 10, 2009, is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_1/16/09                                 _/s/ Saundra B Armstrong_
                                               HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge