1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 08-00537 SBA
                                    )
14      Plaintiff,                  )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS CONFERENCE
15      v.                          )   AND EXCLUDING TIME
                                    )
16 PEDRO GUZMAN-MORENO,             )
     aka Pedro Moreno-Guzman, and   )
17 RAFAEL MORENO-LOPEZ,             )
     aka Rafael Lopez-Moreno,       )
18                                  )
        Defendants.                 )
19 _____ )

20

21      Plaintiff, by and through its attorney of record, and defendants, by and through their

22 attorneys of record, hereby stipulate and ask the Court to find as follows:

23      1.     A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

24 March 3, 2009.

25      2.     The parties request that this hearing be continued until 9 a.m. on Tuesday, March

26 31, 2009, in order to provide defendants' counsel with additional time to evaluate the evidence in

27 this case and determine whether or not defendants should enter a change of plea or file motions

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

and to prepare for trial in this matter.

3. Specifically, defendants' counsel needs the continuance in order to review discovery and to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery. The government has also just received transcripts of translated recorded Spanish language conversations that it needs to produce to defendants' attorneys and which they will need time to review. The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from March 3, 2009, to March 31, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 2, 2009                    /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: March 2, 2009

      /s/
GABRIEL CASTILLO

Attorney for Defendant
Pedro Guzman-Moreno

Dated: March 2, 2009

      /s/
SETH CHAZIN, ESQ.

Attorney for Defendant
Rafael Moreno-Lopez

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled March 3, 2009, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on March 31, 2009.

2. The time period from March 3, 2009, to March 31, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 3/2/09

*[signature: Saundra B Armstrong]*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME    3