JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00537 SBA |
|     Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
|     v. ) | AND EXCLUDING TIME |
| ) | |
| PEDRO GUZMAN-MORENO, ) | |
|   aka Pedro Moreno-Guzman, and ) | |
| RAFAEL MORENO-LOPEZ, ) | |
|   aka Rafael Lopez-Moreno, ) | |
| ) | |
|     Defendants. ) | |

    Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

    1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, July 7, 2009.

    2.    The parties request that this hearing be continued until 9 a.m. on Tuesday, July 14, 2009, in order to provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendants should file motions and to prepare for trial in

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1  this matter.  Specifically, defendants' counsel needs the continuance in order to review
2  informant-related discovery that will soon be disclosed to defendants' counsel, and to schedule
3  and conduct a meeting with the government to physically examine evidence seized, to review
4  and analyze the discovery materials produced, investigate the case, and develop a motions and/or
5  trial strategy in light of that discovery.  The government is also in the process of producing
6  translated recorded Spanish language conversations which defense counsel will need time to
7  review.  The parties believe that failure to grant the above-requested continuance would deny
8  defendants' counsel and defendants the reasonable time necessary for effective preparation
9  taking into account the exercise of due diligence and that the ends of justice served by continuing
10 the case as requested outweigh the interest of the public and defendant in a trial within the date
11 prescribed by the Speedy Trial Act.

       3.      Thus, the parties respectfully request that the Court find that the time period from July 7, 2009, to July 14, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 2, 2009                          /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: July 2, 2009                          /s/
GABRIEL CASTILLO

Attorney for Defendant
Pedro Guzman-Moreno

Dated: July 2, 2009                                      /s/
                                                 SETH CHAZIN, ESQ.

                                                 Attorney for Defendant
                                                 Rafael Moreno-Lopez

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

    1.    The currently scheduled July 7, 2009, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on July 14, 2009.

    2.    The time period from July 7, 2009, to July 14, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 7/7/09                            _____
                                         HONORABLE SAUNDRA BROWN ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE