JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEDRO GUZMAN-MORENO,
aka Pedro Moreno-Guzman, and
RAFAEL MORENO-LOPEZ,
aka Rafael Lopez-Moreno,

Defendants.

No. CR 08-00537 SBA

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, March 2, 2010.

2. The parties request that this hearing be continued until 9 a.m. on Tuesday, March 23, 2010, in order to provide defendants' counsel with additional time to evaluate the evidence in this case and determine whether or not defendants should file motions and to prepare for trial in

this matter. In addition, counsel for defendant Rafael Moreno-Lopez will be unavailable for the currently scheduled hearing due trial in the matter of *United States v. Rodil Nochez*, CR 08-0730 WHA, which begins March 2, 2010. The parties believe that failure to grant the above-requested continuance would deny defendants' counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

3. Thus, the parties respectfully request that the Court find that the time period from March 2, 2010, to March 23, 2010, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 1, 2010

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: March 1, 2010

/s/
JEROME MATTHEWS

Attorney for Defendant
Pedro Guzman-Moreno

Dated: March 1, 2010

/s/
SETH CHAZIN, ESQ.

Attorney for Defendant
Rafael Moreno-Lopez

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled , status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on March 23, 2010.

2. The time period from March 2, 2010, to March 23, 2010, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 3/1/10

Saundra B Armstrong
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE