UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PEDRO GUZMAN-MORENO,<br>  aka Pedro Moreno-Guzman, and<br>RAFAEL MORENO-LOPEZ,<br>  aka Rafael Lopez-Moreno,<br><br>  Defendants. | No. CR 08-00537 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JUNE 22, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     April 6, 2010<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on June 22, 2010 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between April 6, 2010, and June 22, 2010 to allow time for the Court to consider the proposed plea agreements to be entered into by defendant Pedro Guzman-Moreno, defendant Rafael Moreno-Lopez, and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office for each defendant.  Defendants agreed that the Court may review the pre-plea Presentence Investigation Reports even though they have not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
CR 08-00537 SBA

1  **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing as
2  to each defendant on June 22, 2010 at 10:00 a.m., and that time between April 6, 2010, and June
3  22, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C.
4  § 3161(h)(1)(G), for consideration by the Court of proposed plea agreements to be entered into
5  by the defendants and the attorney for the government.
6  **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7  Presentence Investigation Report for each defendant.

9  DATED:4/6/10                                          *Saundra B Armstrong*
                                                          HON. SAUNDRA BROWN ARMSTRONG
10                                                        UNITED STATES DISTRICT JUDGE